IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BILLY B. LAUN, II, D.D.S., | * | |
| Plaintiff, | * | |
| v. | * | CV 118-033 |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA d/b/a AUGUSTA UNIVERSITY, | * | |
| Defendant. | * | |

O R D E R

Before the Court are several motions: Plaintiff's motion to seal (Doc. 54), Plaintiff's motion to withdraw his motion to seal (Doc. 56), attorneys Regan Keebaugh and James Radford's request to withdraw as counsel of record for Plaintiff (Doc. 57), and attorneys Regan Keebaugh and James Radford's amended request to withdraw as counsel of record for Plaintiff (Doc. 58). The Court first addresses Plaintiff's motions followed by the requests to withdraw.

On June 13, 2023, Plaintiff, acting *pro se*, filed a "consent motion to seal," seeking to seal various portions of the record, including portions of the record containing Plaintiff's medical information. (See Doc. 54.) Plaintiff's motion also contains several purported "admissions" of Defendant. (Id.) Defendant responds to the motion, consenting to Plaintiff's request to seal

"mentions of any treatment letters, clinical notes, or summaries related to Billy Laun, DDS" but denying that Defendant made alleged "admissions" as put forth in Plaintiff's motion. (Doc. 55, at 1-2.) Subsequently, Plaintiff filed a motion to withdraw his motion to seal because "it is apparent the Board of Regents (BOR) has not consented to the motion [to] seal . . .[and] at this time [Plaintiff] will discuss the consent motion to seal further with Bryan Webb, counsel for the BOR, with hopes to refile a consent motion to seal within the next 1-2 months." (Doc. 56, at 1.) Upon due consideration, the Court **GRANTS** Plaintiff's motion to withdraw his motion to seal (Doc. 56). As such, Plaintiff's motion to seal (Doc. 54) is **DEEMED WITHDRAWN**.

Turning to the requests to withdraw, attorneys Regan Keebaugh and James Radford seek permission to withdraw as counsel of record for Plaintiff in this matter. (Docs. 57, 58.) Mr. Keebaugh and Mr. Radford provided notice of their intent to withdraw to their client. (Doc. 57-1, at 2; Doc. 58-1, at 1-2.) Upon due consideration, the Court **GRANTS** Regan Keebaugh and James Radford's amended request to withdraw as counsel of record. (Doc. 58) and **DENIES AS MOOT** Regan Keebaugh and James Radford's first request to withdraw as counsel of record (Doc. 57). The Clerk is **DIRECTED** to **TERMINATE** Regan Keebaugh and James Radford as counsel for Plaintiff. This case **SHALL** remain closed.

2

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of August, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA